NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GILBERT E. REITZ,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7135

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3160, Judge William A. Moorman.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Gilbert E. Reitz moves for leave to file a corrected brief.  The Secretary opposes, arguing that the corrected brief contains arguments not raised in the opening brief.

Because the Secretary has already filed his responsive brief, the court will deny correction of the opening brief but allow the submission to be treated as a reply brief.

2                                                                REITZ v. SHINSEKI

The merits panel may choose to disregard new matters in the reply brief that were not raised in the opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion is denied.   The brief received on November 22, 2013 will be treated as the reply brief.

(2) A copy of this order shall be transmitted to the merits panel, to inform the panel of the Secretary's objection to the reply brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26